# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, </br></br>      Plaintiff, </br></br>vs. </br></br>STANISLAUS COUNTY, et al., </br></br>      Defendants. | 1:16-cv-01858-DAD-BAM </br></br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 12, 2016.  Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

    Within forty-five (45) days from the date of service of this order, Plaintiff shall either pay the $400.00 filing fee in full or file the attached *prisoner* application to proceed in forma pauperis, completed and signed.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **December 15, 2016**          /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE